**Ottis MCGILL, Plaintiff-Appellant,**

v.

**Jon DAVID, District Attorney; Irine G. Riel, Prosecutor, Defendants-Appellees.**

No. 17-6019

United States Court of Appeals, Fourth Circuit.

Submitted: March 14, 2017

Decided: March 17, 2017

Ottis McGill, Appellant Pro Se.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ottis McGill appeals the district court's order dismissing without prejudice * his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McGill v. David, No. 5:15-ct-03079-BO (E.D.N.C. Dec. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* We conclude that the district court's order is final and appealable. See Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623–24, 629–30 (4th Cir. 2015).